JOHN W. HUBER, United States Attorney (#7226)
ANGELA M. REDDISH-DAY, Assistant United States Attorney (#15910)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4265

FILED
S. DISTRICT COURT
2019 JAN 23  P 2: 06
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARSETH DE JAVON LANG and LOGAN JAMES MCQUAY,<br><br>Defendants. | INDICTMENT<br><br>Case No.   Case: 4:19-cr-00004<br>Assigned To : Nuffer, David<br>VIOLATION Assign. Date : 1/23/2019<br>Description:  USA v.<br><br>COUNT I:  21 U.S.C. § 841(a), Possession of Methamphetamine with Intent to Distribute;<br><br>COUNT II:  21 U.S.C. § 841(a), Possession of Heroin with Intent to Distribute. |

The Grand Jury charges:

## COUNT I
(Possession of Methamphetamine with Intent to Distribute)

On or about December 5, 2018, in the Central Division of the District of Utah,

**MARSETH DE JAVON LANG and LOGAN JAMES MCQUAY,**

defendants herein, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined in 21 U.S.C. § 812, and did aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable under 21 U.S.C. § 841(b)(1)(A).

**COUNT II**
(Possession of Heroin with Intent to Distribute)

On or about December 5, 2018, in the Central Division of the District of Utah,

**MARSETH DE JAVON LANG and LOGAN JAMES MCQUAY,**

defendants herein, did knowingly and intentionally possess with intent to distribute heroin, a Schedule I controlled substance, as defined in 21 U.S.C. § 812, and did aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable under 21 U.S.C. § 841(b)(1)(C).

A TRUE BILL:

/S/
_____
FOREPERSON of the GRAND JURY

JOHN W. HUBER
United States Attorney


ANGELA M. REDDISH-DAY
Assistant United States Attorney